UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSA M. GUZMAN, JOELLY P. GUZMAN, a minor by her guardian *ad litem*, Rosa Guzman, KAYLA PENA, a minor by her parent and guardian *ad litem*, Gisele Guzman, and GISELE GUZMAN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, JOHN DOE NO. 1 (said name being fictitious, the true identity presently unknown),<br><br>Defendants. | Civil Action No. 11-2899 (SDW)(MCA)<br><br>**ORDER**<br><br>November 14, 2011 |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on October 27, 2011, regarding Defendant United States of America's motion to dismiss the complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). No objections have been filed.[1]

The Court has reviewed the R&R, the brief, and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS** on this 14th day of November 2011,

**ORDERED** that Magistrate Judge Arleo's R&R filed on October 27, 2011, is **ADOPTED** by this Court in its entirety.

---

[1] Objections were due by November 10, 2011.

s/ Susan D. Wigenton, U.S.D.J.

cc:   Magistrate Judge Madeline C. Arleo